**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART ST. LOBBY LEVEL
SEATTLE, WASHINGTON 98101

November 21, 2007

U.S. District Court
Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, IL 60604

**FILED**

NOV 3 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: <u>Kim v. District Director of Citizenship & Immigration Services of the Department of Homeland</u>, CV07-994 RSM

Dear Clerk:

07 C 50237
Judge Reinhard

Pursuant to the order transferring the above captioned case to your Court, enclosed are:

1. Certified copy of docket entries;

2. Certified copy of transfer order; and

3. Original case file documents.

✓ Please acknowledge receipt of the above documents by returning the copy of this letter.

Very truly yours,

BRUCE RIFKIN, CLERK

By: _____
Daniel Buffington, Deputy Clerk

Enclosures

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

07C50237

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYUN SOOK KIM,  )
  )  CASE NO. C07-994-RSM-MJB
   Petitioner,  )
  )
   v.  )
  )  ORDER OF TRANSFER
DISTRICT DIRECTOR, CITIZENSHIP  )
AND IMMIGRATION SERVICES,  )
DEPARTMENT OF HOMELAND  )
SECURITY,  )
  )
   Respondent.  )
  )

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The district of confinement is the proper venue for a petition for writ of habeas corpus under 28 U.S.C. § 2241. Petitioner is presently confined at the McHenry County Jail in Woodstock, Illinois. Woodstock is located within the venue of the Northern District of Illinois. Accordingly, this case is

ORDER OF TRANSFER
PAGE -1

01      TRANSFERRED to the United States District Court for the Northern District
02      of Illinois. See 28 U.S.C. § 1404(a).

03  (3)  The Clerk is directed to transfer this matter and terminate any pending motions
04       from the Court's docket. The Clerk is further directed to send copies of this
05       Order to the petitioner, and to Judge Benton.

06  DATED this __20__ day of November 2007.

                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

ORDER OF TRANSFER
PAGE -2

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00994-RSM
### Internal Use Only

**07 C 50 237**

Kim v. District Director of Citizenship & Immigration Services of the Department of Homeland Security
Assigned to: Hon. Ricardo S Martinez
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 06/27/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Hyun Sook Kim**    represented by    **Hyun Sook Kim**
MCHENRY COUNTY JAIL
2200 N. SEMINARY AVE.
WOODSTOCK, IL 60098
PRO SE

V.

**Respondent**

**District Director of Citizenship & Immigration Services of the Department of Homeland Security**

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

V.

**Interested Party**

**George V Warren**
*Attorney for plaintiff*

represented by    **George V Warren**
9933 LAWLER AVE STE 402
SKOKIE, IL 60077
847-329-9093
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2007 | 1 | PETITION for Writ of Habeas Corpus (Receipt # SEA 10357) (Summons issued), filed by Hyun Sook Kim against defentdant. (Attachments: # 1 Civil Cover Sheet)(PM, ) (Entered: 06/29/2007) |
| 06/27/2007 | 2 | BRIEF OF COUNSEL SUPPORTING the 1 Petition for Writ of Habeas Corpus by Petitioner Hyun Sook Kim. (PM, ) (Entered: 06/29/2007) |

| | | |
|---|---|---|
| 06/27/2007 | 3 | PROPOSED MOTION TO ALLOW APPEARANCE OF COUNSEL FOR PETITIONER PRO HAC VICE. (Attachments: # 1 Letter to attorney George V. Warren re pro hac vice application.)(mailed copy of letter to Mr. Warren)(PM, ) (Entered: 06/29/2007) |
| 07/16/2007 | | Pro Hac Vice Filing fee received: $ 75.00, receipt number SEA 10794. Atty George Warren has not submitted a WDWA pro hac vice application--pro hac application mailed to Warren. (ELS, ) (Entered: 07/18/2007) |
| 07/17/2007 | 4 | RETURN OF SERVICE OF SUMMONS executed upon defendant District Director of Citizenship & Immigration Services of the Department of Homeland Security on 7/12/2007 (Attachments: # 1 Return of Service of Summons for U.S. Attorney for Western District of Washington# 2 Return of Service of Summons on Attorney General of the United States)(DB, ) (Entered: 07/18/2007) |
| 07/19/2007 | 5 | ORDER of Reference (Judge Monica J. Benton added to case) by Judge Ricardo S Martinez. (DB, ) (Entered: 07/19/2007) |
| 08/22/2007 | 6 | Letter from Clerk to George V. Warren regarding pro hac vice application. (DB, ) (Entered: 08/22/2007) |
| 09/26/2007 | 7 | ORDER TO SHOW CAUSE Show Cause Response due by 10/11/2007. by Judge Monica J. Benton. (DB, ) (Entered: 09/26/2007) |
| 10/09/2007 | 8 | Mail Returned as Undeliverable re 7 Order to Show Cause addressed to Hyun Sook Kim (RS, ) (Entered: 10/11/2007) |
| 10/16/2007 | 9 | ORDER DENYING APPLICATION for Leave to Appear Pro Hac Vice by Judge Monica J. Benton. (DB, ) (Entered: 10/17/2007) |
| 10/19/2007 | 10 | REPORT AND RECOMMENDATIONS re 1 Petition for Writ of Habeas Corpus filed by Hyun Sook Kim. Objections to R&R due by 11/9/2007. Noting Date 11/16/2007. Signed by Judge Monica J. Benton. (Attachments: # 1 Proposed Order # 2 Cover Letter)(ZG, )(cc: petitioner to last known address) (Entered: 10/19/2007) |
| 10/29/2007 | 11 | Mail Returned as Undeliverable to Petitioner Hyun Sook Kim: REPORT AND RECOMMENDATIONS. (DB, ) (Entered: 10/29/2007) |
| 10/29/2007 | 12 | Mail Returned as Undeliverable to Petitioner Hyun Sook Kim: ORDER DENYING APPLICATION for Leave to Appear Pro Hac Vice. (DB, ) (Entered: 11/02/2007) |
| 11/20/2007 | 13 | ORDER OF TRANSFER and adopting REPORT AND RECOMMENDATIONS re 1 Petition for Writ of Habeas Corpus filed by Hyun Sook Kim by Judge Ricardo S Martinez. (DB, ) (Entered: 11/21/2007) |