Case 2:07-cv-00994-RSM    Document 1-2    Filed 06/27/2007    Page 1 of 1

JS 44 (Rev. 11/04)

**CIVIL COVER SHEET**

FILED
RECEIVED

JUN 27 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

HYUN SOOK KIM

**DEFENDANTS**

DISTRICT DIRECTOR, CITIZENSHIP + IMMIGRATION SERVICES, DEP'T OF HOMELAND SECURITY

**(b)** County of Residence of First Listed Plaintiff McHenry Co., ILL.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant KING, WASHINGTON
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Cell: (517) 648-6228

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
George V. Warren, Ste. 402, The Westmoreland Bldg., 9933 Lawler Ave., Skokie, IL 60077

Attorneys (If Known) U.S. Atty., W. Dist. of Wash. & Atty. Gen'l of U.S.

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

07 C 50237

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |
| | | | US Govt. Def't | | |

07 C 50237

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 362 Personal Injury – Med. Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury – Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☒ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities – Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities – Other | ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

07-CV-00994-CVSHT

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Art. I, sec. 9, para. 2 of US Constitution — and — 28 U.S.C. sec. 2241 et seq.
Brief description of cause:
Habeas Corpus for Hearing for Imprisoned Alien Married to US Citizen

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): NONE
JUDGE
DOCKET NUMBER

DATE 6-23-2007
SIGNATURE OF ATTORNEY OF RECORD George V. Warren    George V. Warren

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

FILED
LODGED
RECEIVED    MAIL

JUN 27 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

## UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

07 C 5 0 2 3 7

| | |
|---|---|
| HYUN SOOK KIM, | CASE NO. C07 - 994 M |
| Petitioner, | HON. _____ |
| vs. | HON. _____ |
| | MAGISTRATE JUDGE |
| DISTRICT DIRECTOR, | |
| CITIZENSHIP & IMMIGRATION | |
| SERVICES, DEP'T. OF | |
| HOMELAND SECURITY, | |
| Respondent. | 07-CV-00994-M |

## MOTION TO ALLOW APPEARANCE OF COUNSEL FOR PETITIONER *PRO HAEC VICE*

COMES NOW the undersigned, GEORGE V. WARREN, of the Bar of the Supreme Court of Michigan and of the Bar of the Supreme Court of Illinois, and admitted to practice before the United States Supreme Court, the federal District Courts in the State of Michigan and the Sixth United States Court of Appeals, and now moves this Court to allow the undersigned to appear as counsel for petitioner, HYUN SOOK KIM, in the captioned cause. When the undersigned was on active duty in the United States Army (stationed at Fort Lawton in Seattle, Washington), he was granted the *limited right* to practice before this Court in January of 1965, but the undersigned

has never before handled a case in this Court.

WHEREFORE, the undersigned moves this Court to allow him to appear for

petitioner, HYUN SOOK KIM, in the within cause, *pro haec vice*.

Dated: June ____, 2007                    Respectfully submitted,

                                          _____/s/
                                          GEORGE V. WARREN
                                          ATTORNEY
                                          OF THE ILLINOIS & MICHIGAN BARS
                                          Illinois Address: 9933 Lawler Ave., Ste. 402
                                          Skokie, Illinois 60077
                                          Michigan Address: 121 S. Hartel Road, S.
                              Hwy.
                                          M-100, P.O.B. 367, Potterville, MI. 48876-
                              0367
                                          *Cell Phone: (517) 648-6228*

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART STREET
SEATTLE, WASHINGTON 98101

June 29, 2007


Mr. George v. Warren
9933 Lawler Ave., Ste 402
Skokie, IL 60077

RE:  Hyun Sook Kim v. District Director, Citizenship & Immigration Services, Dept of Homeland Security
     C07-994M

Dear Mr. Warren:

    One June 27, 2007, we received your Motion to Allow Appearance of Counsel for Petitioner Pro
Hac Vice along with a check for the amount for $55.00 in the above referenced case.  We returned your
check advising you that the pro hac vice fee is $75.00.  This letter is to let you know that our pro hac vice
procedures have recently changed.  Counsel can now file their pro hac vice applications by using our
electronic court filing (ECF) system.  Please visit our website www.wawd.uscourts.gov and follow the
steps listed on the Pro Hac Vice webpage (from our homepage, look at the first bullet under
Announcements for the link).  Page three of the pro hac vice application is the Attorney Registration
Form for the Electronic Filing System.  This will allow you to file electronically as well as be served
electronically via email.

    If you have any questions about the process or e-filing, please call the ECF Help Desk at 1-866-
323-9293.

Thank you,



    s/ Paula McNabb
Paula McNabb, deputy clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN _____ District of _____ WASHINGTON

HYUN SOOK KIM, Petitioner

v.

DISTRICT DIRECTOR,
CITIZENSHIP +
IMMIGRATION SERVICES,
DEP'T. OF HOMELAND SECURITY,
          Respondent.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**C07- 994M**

JUL 17 2007

TO: (Name and address of Defendant)

District Director, CIS, DHS
U.S. Courthouse
700 Stewart St, Lobby Level
Seattle, Washington 98101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George V. Warren
Ste. 402, The Westmoreland Bldg.
9933 Lawler Ave
Skokie IL 60077
Cell (517) 648-6228

an answer to the complaint which is served on you with this summons, within _thirty (30)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

BRUCE RIFKIN

CLERK

_____
(By) DEPUTY CLERK

6/27/07

07-CV-00994-MEM

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** July 12th, 2007 |
| NAME OF SERVER *(PRINT)* George V. Warren | **TITLE** Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Mail Service

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 12th, 2007     *George V. Warren*
            Date              Signature of Server

           9933 Lawler Ave., Ste. 402

           Skokie, IL. 60077
           Address of Server

           (517) 648-6228

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_WESTERN_ District of _WASHINGTON_

HYUN SOOK KIM, Petitioner

v.

DISTRICT DIRECTOR,
CITIZENSHIP +
IMMIGRATION SERVICES,
DEP'T. OF HOMELAND SECURITY,
Respondent.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**C07- 994M**

JUL 17 2007

TO: (Name and address of Defendant)

U.S. Attorney for Western Dist. of Washington
U.S. Courthouse
700 Stewart St. (lobby here)
Seattle, Washington 98101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George V. Warren
Ste. 402, The Westmoreland Bldg.
9933 Lawler Ave.
Skokie IL. 60077
Cell: (517) 648-6228

an answer to the complaint which is served on you with this summons, within _thirty (30)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

BRUCE RIFKIN

CLERK

(By) DEPUTY CLERK

DATE  6/27/07

07-CV-00994-NTC

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 12th, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| George V. Warren | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served by mail.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___July 12th, 2007___          _George V. Warren_
              Date                          Signature of Server

9933 Lawler Ave., Ste. 402
Skokie, IL. 60077
_____
Address of Server
(517) 648-622 P

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____WASHINGTON_____

HYUN SOOK KIM, Petitioner

v.

DISTRICT DIRECTOR,
CITIZENSHIP +
IMMIGRATION SERVICES,
DEP'T. OF HOMELAND SECURITY,
        Respondent.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**C07- 994M**

TO: (Name and address of Defendant)

Attorney General of United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George V. Warren
Ste. 402, The Westmoreland Bldg.
9933 Lawler Ave.
Skokie IL. 60077
Cell ('517) 648-6228

an answer to the complaint which is served on you with this summons, within _thirty (30)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**BRUCE RIFKIN**

CLERK

(By) DEPUTY CLERK

DATE    6/27/07

07-CV-00994-PET

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 12th, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| George V. Warren | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Service by Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___July 12th, 2007___
　　　　　　　　Date

_____
Signature of Server
George V. Warren

9933 Lawler Ave Ste 402
Skokie IL. 60077
_____
Address of Server

(517) 648-6228

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYUN SOOK KIM,

              Plaintiff,

         v.

DISTRICT DIRECTOR OF CITIZENSHIP &
IMMIGRATION SERVICES OF THE
DEPARTMENT OF HOMELAND SECURITY,

              Defendant.

CASE NO. C07-994RSM

ORDER OF REFERENCE

     IT IS ORDERED that this matter is referred to United States Magistrate Judge Monica J. Benton, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3 and 4, and Fed. R. Civ. P. 72.

     The Magistrate Judge shall hear and enter into the record a Report and Recommendation. Any objection to the recommended disposition of the matter shall be made and heard in accordance with Fed. R. Civ. P. 72(b), 28 U.S.C. §636(b)(1), Local Rule MJR 4.

     Dated the 19th day of July, 2007

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF REFERENCE

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN                                                                          700 STEWART ST. LOBBY LEVEL
CLERK                                                                                 SEATTLE, WASHINGTON 98101

August 22, 2007

Re: <u>Kim v. District Director of Citizenship & Immigration Services of the Department of Homeland Security</u>, CV07-994

Dear Counsel:

The above-referenced case has been filed in our district under case number CV07-994, and assigned to the Honorable Ricardo S. Martinez. This letter is to advise you that pursuant to our local rule GR 2(d)*, you are required to associate local counsel in this district as well as make application to appear and participate. You have already paid the pro hac vice fee, but you still must submit the proper enclosed form.

In addition, the Western District of Washington uses a case management/electronic case filing system (CM/ECF) and filing electronically is mandatory. Please fill our the enclosed ECF registration form, which will allow you to file electronically, as well as be served electronically via e-mail. E-filing procedures, local rules, and other court information may be found on our website: www.wawd.uscourts.gov. If you have any questions about admission or e-filing, please call our ECF Help Desk at 1-866-323-9293.

Since pro hac vice applications and electronic case filing are mandatory for the Western District of Washington, this case will not proceed until these forms are completed.

Thank you for your cooperation.

                                                    Sincerely,

                                                    BRUCE RIFKIN, CLERK


                                    By: _____
                                                    Deputy Clerk

Enclosures
cc: CV07-994

_____

* "Any member in good standing of the bar of any court of the United States, or of the highest court of any other state, or of any organized territory of the United States, and who neither resides nor maintains an office for the practice of law in the Western District of Washington normally will be permitted upon application and upon a showing of particular need to appear and participate in a particular case if there shall be joined of record in such appearance an associate attorney having an office in this district and admitted to practice in this court who shall sign all pleadings prior to filing and otherwise comply with CR 10(e) hereof. Attorneys who are admitted to the bar of this court but reside outside the district need not associate with local counsel.

    Such application shall be promptly filed with the clerk and shall set forth: (1) the name and address of the applicant's law form; (2) the basis upon which "particular need" is claimed; (3) a statement that the applicant understands that he is charged with knowing and complying with all applicable local rules; (4) a statement that the applicant has not been disbarred or formally censured by a Court of record or by a state bar association; and (5) a statement that there are not pending disciplinary proceedings against the applicant. This application shall be accompanied by a representation by local counsel that he is authorized and will be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present upon any date assigned by the court. Applications filed under this rule will be approved or disapproved by the clerk." GR 2(d).

01

02

03

04                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
05                                      AT SEATTLE

06   HYUN SOOK KIM,                         )
                                            )    CASE NO. C07-994-RSM-MJB
07           Petitioner,                    )
                                            )
08           v.                             )
                                            )    ORDER TO SHOW CAUSE
09   DISTRICT DIRECTOR, CITIZENSHIP         )
     AND IMMIGRATION SERVICES,              )
10   DEPARTMENT OF HOMELAND                 )
     SECURITY,                              )
11                                          )
             Respondent.                    )
12   _____       )

13           On June 27, 2007, petitioner, proceeding through counsel, filed a Petition for Writ of

14   Habeas Corpus pursuant to 28 U.S.C. § 2241. (Dkt. #1). At the same time, petitioner's

15   counsel filed a "Motion to Allow Appearance of Counsel for Petitioner Pro Haec Vice," along

16   with a check in the amount of $55.00, indicating that he is an out of state attorney and would

17   like to appear pro hac vice in this matter. (Dkt. #3). By letter dated June 29, 2007, the Clerk

18   returned the check and advised petitioner's counsel that the pro hac vice fee is $75.00. In

19   addition, the Clerk advised petitioner's counsel that to obtain approval to appear in this matter

20   he must register with the Court's electronic filing system ("ECF") and file a completed

21   Western District of Washington ("WDWA") Application for Leave to Appear Pro Hac Vice

22   using the Court's ECF system. (Dkt. #3, Attach. #1). On July 16, 2007, petitioner's counsel

     submitted a check in the amount of $75.00, but did not file a WDWA Application for Leave

     ORDER TO SHOW CAUSE
     PAGE -1

01  to Appear Pro Hac Vice or register with the Court's ECF system.  On July 18, 2007, the

02  Clerk contacted petitioner's counsel by telephone, and on August 22, 2007, the Clerk mailed

03  petitioner's counsel a second letter advising him that he must register with the Court's ECF

04  system and file a completed WDWA Application for Leave to Appear Pro Hac Vice using the

05  Court's ECF system.  (Dkt. #6).  The letter further advised petitioner's counsel that WDWA

06  pro hac vice applications and electronic filings are mandatory for the Western District of

07  Washington and that this case will not proceed until these forms are completed.  *Id.*  As of the

08  date of this Order, petitioner's counsel has neither filed a WDWA Application for Leave to

09  Appear Pro Hac Vice nor registered with the Court's ECF system.

10          Pursuant to Local Rule 2(d), to appear pro hac vice in a case, an out of state attorney

11  must associate local counsel in this district and file with the Clerk a completed WDWA

12  Application for Leave to Appear Pro Hac Vice.  *See* Rules of the United States District Court

13  for the Western District of Washington, at 5.  In addition, the Western District of Washington

14  uses a case management/electronic case filing system ("CM/ECF"), and electronic filing is

15  mandatory.  *See* Rules of the United States District Court for the Western District of

16  Washington, at 1 and 30*.  Accordingly, the Court hereby ORDERS:

17          (1) Petitioner's counsel shall show cause why his "Motion to Allow Appearance of

18  Counsel for Petitioner Pro Haec Vice" should not be disapproved under Local Rule 2(d) by

19  filing a completed WDWA Application for Leave to Appear Pro Hac Vice within **fifteen (15)**

20  calendar days from the date of this Order.  If petitioner's counsel does not file a completed

21  WDWA Application for Leave to Appear Pro Hac Vice as ordered, his appearance shall be

22  stricken with the Court and the petitioner shall proceed pro se in this matter.

        (2)  Petitioner's counsel shall register with the Court's ECF system within **fifteen (15)**

ORDER TO SHOW CAUSE
PAGE -2

01  calendar days from the date of this Order. Once registered, petitioner's counsel shall

02  electronically file a brief statement in this case that will confirm to the Court that petitioner is

03  able to receive electronic notification of all new filings.

04       To assist with registration and answer questions about ECF, counsel is directed to the

05  Court's website: http://www.wawd.uscourts.gov and to the ECF User's Manual contained

06  therein: http://www.wawd.uscourts.gov/ElectronicFiling/UsersManual.htm. In addition,

07  counsel may call the ECF help desk at (866) 323-9293 during normal court hours with any

08  questions concerning registration or filing of pleadings.

09       If petitioner's counsel is not able to file electronically, petitioner's counsel may move

10  the Court for an exception to the electronic filing rule within **fifteen (15)** calendar days from

11  the date of this Order. In his motion, petitioner's counsel must show good cause why he

12  should be permitted to file and serve pleadings in the traditional manner. If petitioner's

13  counsel succeeds in showing good cause, he will be required to file with his paper copies a

14  disk or CD-ROM containing a portable document format (.pdf) of all papers filed with the

15  Court.

16       (3) The Clerk is directed to send a copy of this Order to petitioner's counsel, to the

17  petitioner, and to the Honorable Ricardo S. Martinez.

18       DATED this 26th day of September, 2007.

19

20                                    MONICA J. BENTON

21                                    United States Magistrate Judge

22

ORDER TO SHOW CAUSE
PAGE -3



CLERK, UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE, LOBBY LEVEL
700 STEWART STREET
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

NO LONGER HE
RETURN TO SENDER

Hyun Sook Kim

FILED
LODGED
RECEIVED

MAIL

OCT 09 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

FIRST CLASS

SEP 27 07
W.A.

U.S. POSTAGE
00.373

NIXIE      606   DC 1        00 10/04/07

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 98101127100        *1807-12869-04-30

07-CV-00994-VRDCT

01

02

03

04                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
05                            AT SEATTLE

06   HYUN SOOK KIM,                    )
                                       )   CASE NO. C07-994-RSM-MJB
07        Petitioner,                  )
                                       )
08        v.                           )
                                       )   ORDER TO SHOW CAUSE
09   DISTRICT DIRECTOR, CITIZENSHIP    )
     AND IMMIGRATION SERVICES,         )
10   DEPARTMENT OF HOMELAND            )
     SECURITY,                         )
11                                     )
          Respondent.                  )
12   _____  )

13        On June 27, 2007, petitioner, proceeding through counsel, filed a Petition for Writ of

14   Habeas Corpus pursuant to 28 U.S.C. § 2241.  (Dkt. #1).  At the same time, petitioner's

15   counsel filed a "Motion to Allow Appearance of Counsel for Petitioner Pro Haec Vice," along

16   with a check in the amount of $55.00, indicating that he is an out of state attorney and would

17   like to appear pro hac vice in this matter.  (Dkt. #3).  By letter dated June 29, 2007, the Clerk

18   returned the check and advised petitioner's counsel that the pro hac vice fee is $75.00.  In

19   addition, the Clerk advised petitioner's counsel that to obtain approval to appear in this matter

20   he must register with the Court's electronic filing system ("ECF") and file a completed

21   Western District of Washington ("WDWA") Application for Leave to Appear Pro Hac Vice

22   using the Court's ECF system.  (Dkt. #3, Attach. #1).  On July 16, 2007, petitioner's counsel

     submitted a check in the amount of $75.00, but did not file a WDWA Application for Leave

     ORDER TO SHOW CAUSE
     PAGE -1

01  to Appear Pro Hac Vice or register with the Court's ECF system. On July 18, 2007, the

02  Clerk contacted petitioner's counsel by telephone, and on August 22, 2007, the Clerk mailed

03  petitioner's counsel a second letter advising him that he must register with the Court's ECF

04  system and file a completed WDWA Application for Leave to Appear Pro Hac Vice using the

05  Court's ECF system. (Dkt. #6). The letter further advised petitioner's counsel that WDWA

06  pro hac vice applications and electronic filings are mandatory for the Western District of

07  Washington and that this case will not proceed until these forms are completed. *Id.* As of the

08  date of this Order, petitioner's counsel has neither filed a WDWA Application for Leave to

09  Appear Pro Hac Vice nor registered with the Court's ECF system.

10          Pursuant to Local Rule 2(d), to appear pro hac vice in a case, an out of state attorney

11  must associate local counsel in this district and file with the Clerk a completed WDWA

12  Application for Leave to Appear Pro Hac Vice. *See* Rules of the United States District Court

13  for the Western District of Washington, at 5. In addition, the Western District of Washington

14  uses a case management/electronic case filing system ("CM/ECF"), and electronic filing is

15  mandatory. *See* Rules of the United States District Court for the Western District of

16  Washington, at 1 and 30*. Accordingly, the Court hereby ORDERS:

17          (1) Petitioner's counsel shall show cause why his "Motion to Allow Appearance of

18  Counsel for Petitioner Pro Haec Vice" should not be disapproved under Local Rule 2(d) by

19  filing a completed WDWA Application for Leave to Appear Pro Hac Vice within **fifteen (15)**

20  calendar days from the date of this Order. If petitioner's counsel does not file a completed

21  WDWA Application for Leave to Appear Pro Hac Vice as ordered, his appearance shall be

22  stricken with the Court and the petitioner shall proceed pro se in this matter.

          (2) Petitioner's counsel shall register with the Court's ECF system within **fifteen (15)**

ORDER TO SHOW CAUSE
PAGE -2

01 | calendar days from the date of this Order. Once registered, petitioner's counsel shall

02 | electronically file a brief statement in this case that will confirm to the Court that petitioner is

03 | able to receive electronic notification of all new filings.

04 |      To assist with registration and answer questions about ECF, counsel is directed to the

05 | Court's website: http://www.wawd.uscourts.gov and to the ECF User's Manual contained

06 | therein: http://www.wawd.uscourts.gov/ElectronicFiling/UsersManual.htm. In addition,

07 | counsel may call the ECF help desk at (866) 323-9293 during normal court hours with any

08 | questions concerning registration or filing of pleadings.

09 |      If petitioner's counsel is not able to file electronically, petitioner's counsel may move

10 | the Court for an exception to the electronic filing rule within **fifteen (15)** calendar days from

11 | the date of this Order. In his motion, petitioner's counsel must show good cause why he

12 | should be permitted to file and serve pleadings in the traditional manner. If petitioner's

13 | counsel succeeds in showing good cause, he will be required to file with his paper copies a

14 | disk or CD-ROM containing a portable document format (.pdf) of all papers filed with the

15 | Court.

16 |      (3) The Clerk is directed to send a copy of this Order to petitioner's counsel, to the

17 | petitioner, and to the Honorable Ricardo S. Martinez.

18 |      DATED this 26th day of September, 2007.

19 |

20 |

                            MONICA J. BENTON

21 |                             United States Magistrate Judge

22 |

ORDER TO SHOW CAUSE
PAGE -3

## Other Orders/Judgments

### 2:07-cv-00994-RSM-MJB Kim v. District Director of Citizenship & Immigration Services of the Department of Homeland Security

ATTY_PEND, CASREF, HABEAS, INS_LAW_CLERK, NOSVC

### U.S. District Court

### United States District Court for the Western District of Washington

**Notice of Electronic Filing**

The following transaction was entered on 9/26/2007 at 11:41 AM PDT and filed on 9/26/2007

**Case Name:** Kim v. District Director of Citizenship & Immigration Services of the Department of Homeland Security

**Case Number:** 2:07-cv-994

**Filer:**

**Document Number:** 7

**Docket Text:**
ORDER TO SHOW CAUSE Show Cause Response due by 10/11/2007. by Judge Monica J. Benton. (DB, )

**2:07-cv-994 Notice has been electronically mailed to:**

**2:07-cv-994 Notice will not be electronically mailed to:**

George V Warren
9933 LAWLER AVE STE 402
SKOKIE, IL 60077

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=9/26/2007] [FileNumber=2198854-0
] [76c64ba5f34545eda7aae54a45da2d28a631c3bcc5f895a122014e575a102b68539
b333a16273cd82af95d0d8484729d9461a8c88a8160ccf7a307c7aed5831a]]

01

02

03

04

05

06                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                AT SEATTLE

08    HYUN SOOK KIM,                      )
                                          )    CASE NO. C07-994-RSM-MJB
      Petitioner,                         )
09                                        )
                                          )
10    v.                                  )
                                          )    ORDER  DENYING   APPLICATION
11    DISTRICT DIRECTOR, CITIZENSHIP       )    FOR LEAVE TO APPEAR PRO HAC
      AND IMMIGRATION SERVICES,            )    VICE
12    DEPARTMENT OF HOMELAND               )
      SECURITY,                            )
13                                         )
      Respondent.                          )
                                           )
14    _____)

15        On June 27, 2007, petitioner, proceeding through counsel, filed a Petition for Writ of

16   Habeas Corpus pursuant to 28 U.S.C. § 2241. (Dkt. #1). At the same time, petitioner's

17   counsel, George V. Warren, filed a "Motion to Allow Appearance of Counsel for Petitioner

18   Pro Haec [sic] Vice," along with a check in the amount of $55.00, indicating that he is an out

19   of state attorney and would like to appear pro hac vice in this matter. (Dkt. #3). On June 29,

20   2007, the Clerk returned the check and advised Mr. Warren that the pro hac vice fee in the

21   Western District of Washington is $75.00. In addition, the Clerk advised Mr. Warren that to

22   obtain approval to appear in this matter he must register with the Court's electronic filing

     system ("ECF") and file a completed Western District of Washington ("WDWA") Application

ORDER DENYING APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE -1

01 | for Leave to Appear Pro Hac Vice using the Court's ECF system.  (Dkt. #3, Attach. #1).  On

02 | July 16, 2007, Mr. Warren submitted a check in the amount of $75.00, but did not file a

03 | WDWA Application for Leave to Appear Pro Hac Vice or register with the Court's ECF

04 | system.  On July 18, 2007, the Clerk contacted Mr. Warren by telephone, and on August 22,

05 | 2007, the Clerk mailed Mr. Warren a second letter, advising him that he must register with the

06 | Court's ECF system and file a completed WDWA Application for Leave to Appear Pro Hac

07 | Vice using the Court's ECF system.  (Dkt. #6).  The letter further advised Mr. Warren that pro

08 | hac vice applications and electronic filings are mandatory for the Western District of

09 | Washington and that this case will not proceed until these forms are completed.  *Id.*

10 |       On September 26, 2007, the Court issued an Order directing Mr. Warren to show

11 | cause why his "Motion to Allow Appearance of Counsel for Petitioner Pro Haec [sic] Vice"

12 | should not be disapproved under Local Rule 2(d) by filing a completed WDWA Application

13 | for Leave to Appear Pro Hac Vice within fifteen calendar days from the date of the Order.

14 | (Dkt. #7).  The Order informed Mr. Warren that if he failed to file a completed WDWA

15 | Application for Leave to Appear Pro Hac Vice as ordered, his appearance would be stricken

16 | with the Court and the petitioner shall proceed pro se in this matter.  According to the Order,

17 | Mr. Warren's WDWA Application for Leave to Appear Pro Hac Vice was due on October 11,

18 | 2007.  As of the date of this Order, petitioner's counsel has not filed a WDWA Application for

19 | Leave to Appear Pro Hac Vice.  Accordingly, the Court hereby ORDERS:

20 |       (1)  Mr. Warren's "Motion to Allow Appearance of Counsel for Petitioner Pro Haec

21 | Vice" is DENIED for failing to follow the rules for pro hac vice admission in the Western

22 | District of Washington.  To appear pro hac vice in a case, an out of state attorney must

ORDER DENYING APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE -2

01 | associate local counsel in this district and file with the Clerk a completed WDWA Application

02 | for Leave to Appear Pro Hac Vice. *See* Local Rule 2(d), Rules of the United States District

03 | Court for the Western District of Washington, at 5. As Mr. Warren has not submitted the

04 | required documents, he is not properly admitted pro hac vice to handle petitioner's case.

05 |       (2) The Clerk is directed to STRIKE Mr. Warren's appearance with the Court, and the

06 | petitioner shall proceed pro se in this matter.

07 |       (3) The Clerk is directed to send a copy of this Order to Mr. Warren, to the petitioner,

08 | and to the Honorable Ricardo S. Martinez.

09 |       DATED this 16th day of October, 2007.

10

11

12                                    MONICA J. BENTON
                                       United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

ORDER DENYING APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE -3

01

02

03

04

05

06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

07

08
HYUN SOOK KIM,                          )
                                        )    CASE NO. C07-994-RSM-MJB
        Petitioner,                     )
                                        )
        v.                              )
                                        )    REPORT AND RECOMMENDATION
DISTRICT DIRECTOR, CITIZENSHIP          )
AND IMMIGRATION SERVICES,               )
DEPARTMENT OF HOMELAND                  )
SECURITY,                               )
                                        )
        Respondent.                     )
_____ )

14

        On June 27, 2007, petitioner Hyun Sook Kim filed a Petition for Writ of Habeas

Corpus pursuant to 28 U.S.C. § 2241, challenging the lawfulness of his detention by the U.S.

Immigration and Customs Enforcement ("ICE") pursuant to an order of removal entered *in

absentia* on March 14, 2001. (Dkt. #1). In his habeas petition, petitioner asserts that he is

presently detained at the McHenry County Jail in Woodstock, Illinois, pursuant to a warrant

of deportation issued on or about February 18, 2004. (Dkt. #1 at 2).

        "The federal habeas statute straightforwardly provides that the proper respondent to a

habeas petition is 'the person who has custody over [the petitioner].'" *See Rumsfield v.

Padilla*, 542 U.S. 426, 434, 124 S. Ct. 2711 (2004) (quoting 28 U.S.C. § 2242, 2243) ("The

REPORT AND RECOMMENDATION
PAGE -1

01   writ, or order to show cause shall be directed to the person having custody of the person

02   detained."). Moreover, under 28 U.S.C. § 2241, the petitioner must file his habeas petition in

03   the district of confinement. *See* 28 U.S.C. § 2241; *see also Padilla,* 542 U.S. at 447

04   ("Together they compose a simple rule that has been consistently applied in the lower courts .

05   . . Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within

06   the United States, he should name the warden as respondent and file the petition in the district

07   of confinement." ). Here, petitioner is detained at the McHenry County Jail in Woodstock,

08   Illinois. Accordingly, the proper venue for this case is the United States District Court for the

09   Northern District of Illinois.

10            Furthermore, it will be more convenient for the petitioner, prison officials, and other

11   witnesses to have this action proceed in the District Court for the Northern District of Illinois.

12   *See* 28 U.S.C. § 1404(a) ("For the convenience of the parties, and witnesses, in the interest of

13   justice, a district court may transfer any civil action to any other district or division where is

14   might have been brought."). The Court recommends that this action be transferred to the

15   United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404.

16            DATED this 19th day of October, 2007.

17

18                                                   _____

19                                                   MONICA J. BENTON
                                                     United States Magistrate Judge

20

21

22

REPORT AND RECOMMENDATION
PAGE -2

01

02

03

04

05

06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

07

HYUN SOOK KIM,                          )
                                        )    CASE NO. C07-994-RSM-MJB
08          Petitioner,                 )
                                        )
09          v.                          )
                                        )    ORDER OF TRANSFER
10                                      )
DISTRICT DIRECTOR, CITIZENSHIP          )
11  AND IMMIGRATION SERVICES,           )
DEPARTMENT OF HOMELAND                  )
12  SECURITY,                           )
                                        )
13          Respondent.                 )
                                        )

14

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and

15

exhibits in support and in opposition to that petition, the Report and Recommendation of the

16

Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does

17

hereby find and ORDER:

18

    (1)    The Court adopts the Report and Recommendation.

19

    (2)    The district of confinement is the proper venue for a petition for writ of habeas

20

corpus under 28 U.S.C. § 2241. Petitioner is presently confined at the

21

McHenry County Jail in Woodstock, Illinois. Woodstock is located within the

22

venue of the Northern District of Illinois. Accordingly, this case is

ORDER OF TRANSFER
PAGE -1

01    TRANSFERRED to the United States District Court for the Northern District

02    of Illinois.  See 28 U.S.C. § 1404(a).

03    (3)    The Clerk is directed to transfer this matter and terminate any pending motions

04    from the Court's docket.  The Clerk is further directed to send copies of this

05    Order to the petitioner, and to Judge Benton.

06    DATED this ___ day of _____, 2007.

07

08                                        _____
                                          RICARDO S. MARTINEZ
                                          United States District Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF TRANSFER
PAGE -2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

CHAMBERS OF
**MONICA J. BENTON**
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WA 98101
(206) 370-8900

October 19, 2007

TO:  Hyun Sook Kim, *Pro Se*

FROM:  MONICA J. BENTON
    United States Magistrate Judge

RE:  Kim v. District Director of Citizenship & Immigration
   Services of the Department of Homeland Security
   Case No. C07-994-RSM

  Attached are copies of my Report and Recommendation and proposed order in the above-captioned case. This Report and Recommendation is not an appealable order. Any notice of appeal should not be filed until the District Judge enters judgment in this case.

  Objections to the Report and Recommendation should be filed and served within twenty-one days of the date of this letter. Failure to file objections within the specified time waives the right to appeal any order by the District Court adopting this Report and Recommendation. You should note your objections for consideration on the District Judge's motion calendar for the third Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration by the District Judge on November 16, 2007.

  Thank you for your cooperation.

Attachments
MJB/rw

cc:  Honorable District Court Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

CHAMBERS OF
**MONICA J. BENTON**
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WA 98101
(206) 370-8900

October 19, 2007

TO:     Hyun Sook Kim, *Pro Se*

FROM:   MONICA J. BENTON
        United States Magistrate Judge

RE:     <u>Kim v. District Director of Citizenship & Immigration</u>
        <u>Services of the Department of Homeland Security</u>
        Case No. C07-994-RSM

Attached are copies of my Report and Recommendation and proposed order in the above-captioned case. This Report and Recommendation is not an appealable order. Any notice of appeal should not be filed until the District Judge enters judgment in this case.

Objections to the Report and Recommendation should be filed and served within twenty-one days of the date of this letter. Failure to file objections within the specified time waives the right to appeal any order by the District Court adopting this Report and Recommendation. You should note your objections for consideration on the District Judge's motion calendar for the third Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration by the District Judge on November 16, 2007.

Thank you for your cooperation.

Attachments
MJB/rw

cc:     Honorable District Court Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYUN SOOK KIM,                              )
                                            )    CASE NO. C07-994-RSM-MJB
        Petitioner,                         )
                                            )
        v.                                  )
                                            )    REPORT AND RECOMMENDATION
DISTRICT DIRECTOR, CITIZENSHIP              )
AND IMMIGRATION SERVICES,                   )
DEPARTMENT OF HOMELAND                      )
SECURITY,                                   )
                                            )
        Respondent.                         )
                                            )
_____ )

On June 27, 2007, petitioner Hyun Sook Kim filed a Petition for Writ of Habeas

Corpus pursuant to 28 U.S.C. § 2241, challenging the lawfulness of his detention by the U.S.

Immigration and Customs Enforcement ("ICE") pursuant to an order of removal entered *in*

*absentia* on March 14, 2001. (Dkt. #1). In his habeas petition, petitioner asserts that he is

presently detained at the McHenry County Jail in Woodstock, Illinois, pursuant to a warrant of

deportation issued on or about February 18, 2004. (Dkt. #1 at 2).

"The federal habeas statute straightforwardly provides that the proper respondent to a

habeas petition is 'the person who has custody over [the petitioner].'" *See Rumsfield v.*

*Padilla*, 542 U.S. 426, 434, 124 S. Ct. 2711 (2004) (quoting 28 U.S.C. § 2242, 2243) ("The

REPORT AND RECOMMENDATION
PAGE -1

01 writ, or order to show cause shall be directed to the person having custody of the person

02 detained."). Moreover, under 28 U.S.C. § 2241, the petitioner must file his habeas petition in

03 the district of confinement. *See* 28 U.S.C. § 2241; *see also Padilla*, 542 U.S. at 447

04 ("Together they compose a simple rule that has been consistently applied in the lower courts .

05 . . Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within

06 the United States, he should name the warden as respondent and file the petition in the district

07 of confinement." ). Here, petitioner is detained at the McHenry County Jail in Woodstock,

08 Illinois. Accordingly, the proper venue for this case is the United States District Court for the

09 Northern District of Illinois.

10          Furthermore, it will be more convenient for the petitioner, prison officials, and other

11 witnesses to have this action proceed in the District Court for the Northern District of Illinois.

12 *See* 28 U.S.C. § 1404(a) ("For the convenience of the parties, and witnesses, in the interest of

13 justice, a district court may transfer any civil action to any other district or division where is

14 might have been brought."). The Court recommends that this action be transferred to the

15 United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404.

16          DATED this 19th day of October, 2007.

17

18

19          MONICA J. BENTON
            United States Magistrate Judge

20

21

22

REPORT AND RECOMMENDATION
PAGE -2

## Chambers Orders
### 2:07-cv-00994-RSM-MJB Kim v. District Director of Citizenship & Immigration Services of the Department of Homeland Security
ATTY_PEND, CASREF, HABEAS, INS_LAW_CLERK, NOSVC

### U.S. District Court

### United States District Court for the Western District of Washington

**Notice of Electronic Filing**

The following transaction was entered on 10/19/2007 at 9:52 AM PDT and filed on 10/19/2007

**Case Name:**     Kim v. District Director of Citizenship & Immigration Services of the Department of Homeland Security

**Case Number:**   2:07-cv-994

**Filer:**

**Document Number:**    10

**Docket Text:**
REPORT AND RECOMMENDATIONS re [1] Petition for Writ of Habeas Corpus filed by Hyun Sook Kim. Objections to R&R due by 11/9/2007. Noting Date 11/16/2007. Signed by Judge Monica J. Benton. (Attachments: # (1) Proposed Order # (2) Cover Letter)(ZG, )(cc: petitioner to last known address)

**2:07-cv-994 Notice has been electronically mailed to:**

**2:07-cv-994 Notice will not be electronically mailed to:**

Hyun Sook Kim
MCHENRY COUNTY JAIL
2200 N. SEMINARY AVE.
WOODSTOCK, IL 60098

George V Warren
9933 LAWLER AVE STE 402
SKOKIE, IL 60077

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=10/19/2007] [FileNumber=2227090-0] [ac60f80c330f17293f25b989f617a69fd85dbaa1372f119525bb19ee08c24d5d02

67a08d4004db01e6e74ff46fd043c129486c20d014476ca475ea4b06bd6981]]

**Document description:**Proposed Order

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1035929271 [Date=10/19/2007] [FileNumber=2227090-1] [aed5394409cc20616a2fa9bf8a031ec254d31990c7530e7dd72f3c7a0c5d5f07d5 67bc4e439607d16104d69cc57fc468f79eb76792cfe0b553a6a31050bfb092]]

**Document description:** Cover Letter

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1035929271 [Date=10/19/2007] [FileNumber=2227090-2] [7e92af039113eaa42478037bd18fe168d2ca865b43bccc52a0eb605df02ef832d0 8090448110dddcc9bb77636d32cded7adee3e8a67ff03e46c1e5cc093a5d32]]



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HYUN SOOK KIM,                              )
                                            )    CASE NO. C07-994-RSM-MJB
        Petitioner,                         )
                                            )
        v.                                  )
                                            )    ORDER OF TRANSFER
DISTRICT DIRECTOR, CITIZENSHIP              )
AND IMMIGRATION SERVICES,                   )
DEPARTMENT OF HOMELAND                      )
SECURITY,                                   )
                                            )
        Respondent.                         )
_____        )

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and

exhibits in support and in opposition to that petition, the Report and Recommendation of the

Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does

hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The district of confinement is the proper venue for a petition for writ of habeas

corpus under 28 U.S.C. § 2241.  Petitioner is presently confined at the

McHenry County Jail in Woodstock, Illinois.  Woodstock is located within the

venue of the Northern District of Illinois.  Accordingly, this case is

ORDER OF TRANSFER
PAGE -1

01    TRANSFERRED to the United States District Court for the Northern District

02    of Illinois. See 28 U.S.C. § 1404(a).

03    (3)    The Clerk is directed to transfer this matter and terminate any pending motions

04    from the Court's docket. The Clerk is further directed to send copies of this

05    Order to the petitioner, and to Judge Benton.

06    DATED this ___ day of _____, 2007.

07

08                                    _____
                                      RICARDO S. MARTINEZ
09                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF TRANSFER
PAGE -2



NIXIE    800  5C 1    72  10/26/07

RETURN TO SENDER
ATTEMPTED TO NOT KNOWN
UNABLE TO FORWARD

BC: 98101127100    *2376-00066-26-16

NO LONGER HERE
RETURN TO SENDER

CLERK, U.S. DISTRICT COURT
U.S. Courthouse Lobby Level
700 Stewart Street
SEATTLE, WASHINGTON 98101

Hyun Sook Kim

01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

07

08  HYUN SOOK KIM,                             )  CASE NO. C07-994-RSM-MJB
                                               )
09          Petitioner,                        )
                                               )
10      v.                                     )
                                               )  ORDER DENYING APPLICATION
    DISTRICT DIRECTOR, CITIZENSHIP             )  FOR LEAVE TO APPEAR PRO HAC
11  AND IMMIGRATION SERVICES,                  )  VICE
    DEPARTMENT OF HOMELAND                     )
12  SECURITY,                                  )
                                               )
13          Respondent.                        )
                                               )

14

15          On June 27, 2007, petitioner, proceeding through counsel, filed a Petition for Writ of

16  Habeas Corpus pursuant to 28 U.S.C. § 2241. (Dkt. #1). At the same time, petitioner's

17  counsel, George V. Warren, filed a "Motion to Allow Appearance of Counsel for Petitioner

18  Pro Haec [sic] Vice," along with a check in the amount of $55.00, indicating that he is an out

19  of state attorney and would like to appear pro hac vice in this matter. (Dkt. #3). On June 29,

20  2007, the Clerk returned the check and advised Mr. Warren that the pro hac vice fee in the

21  Western District of Washington is $75.00. In addition, the Clerk advised Mr. Warren that to

22  obtain approval to appear in this matter he must register with the Court's electronic filing

    system ("ECF") and file a completed Western District of Washington ("WDWA") Application

ORDER DENYING APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE -1

01 for Leave to Appear Pro Hac Vice using the Court's ECF system. (Dkt. #3, Attach. #1). On

02 July 16, 2007, Mr. Warren submitted a check in the amount of $75.00, but did not file a

03 WDWA Application for Leave to Appear Pro Hac Vice or register with the Court's ECF

04 system. On July 18, 2007, the Clerk contacted Mr. Warren by telephone, and on August 22,

05 2007, the Clerk mailed Mr. Warren a second letter, advising him that he must register with the

06 Court's ECF system and file a completed WDWA Application for Leave to Appear Pro Hac

07 Vice using the Court's ECF system. (Dkt. #6). The letter further advised Mr. Warren that pro

08 hac vice applications and electronic filings are mandatory for the Western District of

09 Washington and that this case will not proceed until these forms are completed. *Id.*

10          On September 26, 2007, the Court issued an Order directing Mr. Warren to show

11 cause why his "Motion to Allow Appearance of Counsel for Petitioner Pro Haec [sic] Vice"

12 should not be disapproved under Local Rule 2(d) by filing a completed WDWA Application

13 for Leave to Appear Pro Hac Vice within fifteen calendar days from the date of the Order.

14 (Dkt. #7). The Order informed Mr. Warren that if he failed to file a completed WDWA

15 Application for Leave to Appear Pro Hac Vice as ordered, his appearance would be stricken

16 with the Court and the petitioner shall proceed pro se in this matter. According to the Order,

17 Mr. Warren's WDWA Application for Leave to Appear Pro Hac Vice was due on October 11,

18 2007. As of the date of this Order, petitioner's counsel has not filed a WDWA Application for

19 Leave to Appear Pro Hac Vice. Accordingly, the Court hereby ORDERS:

20          (1) Mr. Warren's "Motion to Allow Appearance of Counsel for Petitioner Pro Haec

21 Vice" is DENIED for failing to follow the rules for pro hac vice admission in the Western

22 District of Washington. To appear pro hac vice in a case, an out of state attorney must

ORDER DENYING APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE -2

01  associate local counsel in this district and file with the Clerk a completed WDWA Application

02  for Leave to Appear Pro Hac Vice. *See* Local Rule 2(d), Rules of the United States District

03  Court for the Western District of Washington, at 5. As Mr. Warren has not submitted the

04  required documents, he is not properly admitted pro hac vice to handle petitioner's case.

05      (2) The Clerk is directed to STRIKE Mr. Warren's appearance with the Court, and the

06  petitioner shall proceed pro se in this matter.

07      (3) The Clerk is directed to send a copy of this Order to Mr. Warren, to the petitioner,

08  and to the Honorable Ricardo S. Martinez.

09      DATED this 16th day of October, 2007.

10

11

12  MONICA J. BENTON
    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

ORDER DENYING APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE -3

