## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50237 | **DATE** | 12/6/2007 |
| **CASE TITLE** | Hyun Sook Kim vs. District Director, Citizenship & Immigration Services, Dept. Of Homeland Security | | |

**DOCKET ENTRY TEXT:**

For the reasons stated below, the court transfers this case to the United States Court of Appeals for the Seventh Circuit. This cause is therefore dismissed in its entirety.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

■[ For further details see text below.]

### STATEMENT

  Hyun Sook Kim, a detainee at the McHenry County, Illinois, jail pursuant to a warrant of deportation from the Immigration and Customs Enforcement, filed in the United States District Court for the Western District of Washington, a petition for habeas corpus pursuant to 28 U.S.C. § 2241, challenging her detention and deportation. The petition names the District Director of Citizenship and Immigration Services of the Department of Homeland Security in Seattle, Washington, as respondent. The District Court in Washington transferred the case here because Kim is being detained in this venue.

  Pursuant to its preliminary review under Rules 1(b) and 4 of the Rules Governing Section 2254 Cases in the United States District Courts, the court now transfers this matter to the United States Court of Appeals for the Seventh Circuit as this court lacks jurisdiction. See <u>Padilla v. Gonzales</u>, 470 F. 3d 1209, 1212-13 (7th Cir. 2006). In doing so, the court further notes that the proper respondent should be the sheriff of McHenry County as he is Kim's present custodian. See <u>Kholyavskiy v. Achim</u>, 443 F. 3d 946 (7th Cir. 2006).

07C50237 Hyun Sook Kim vs. District Director, Citizenship & Immigration Services, Dept. Of Homeland Security   Page 1 of 1