

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
211 SOUTH COURT STREET
ROCKFORD, ILLINOIS 61101

MICHAEL W. DOBBINS

CLERK

815-987-4354

December 7, 2007

U.S. Court of Appeals
Seventh Circuit
219 S. Dearborn Street
Chicago, IL 60604

Re: Hyun Sook Kim v. District Director, Citizenship & Immigration Services, Dept. Of
 Homeland Security
USDC No.: 07 C 50237

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Judge Reinhard on December 6, 2007.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: _____
Jennifer Titak, Deputy Clerk

Enclosure(s):

New Case No. _____     Date _____