

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 211 SOUTH COURT STREET
### ROCKFORD, ILLINOIS 61101

**MICHAEL W. DOBBINS**
CLERK

815-987-4354

December 7, 2007



07-3970

U.S. Court of Appeals
Seventh Circuit
219 S. Dearborn Street
Chicago, IL 60604

**COPY**

Re: Hyun Sook Kim v. District Director, Citizenship & Immigration Services, Dept. Of
Homeland Security
USDC No.: 07 C 50237

**FILED**
DEC 1 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Judge Reinhard on December 6, 2007.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: *[signature]*
Jennifer Titak, Deputy Clerk

U.S.C.A.— 7th Circuit
**RECEIVED**
DEC 1 2 2007   JR
GINO J. AGNELLO
CLERK

Enclosure(s):

New Case No. _____     Date _____